Roy BYRD v. STATE. (No. 10076.) (Court of Criminal Appeals of Texas. April 7, 1926.) Appeal from District Court, Mills County; Lewis H. Jones, Judge. J. H. Baker, of Goldthwaite, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is assault with intent to murder; punishment fixed at confinement in the penitentiary for a period of five years. The record contains no statement of facts or complaint of the rulings of the trial court upon matters of procedure. The indictment seems sufficient to charge the offense. See Carr v. State, 41 Tex. 547. The judgment is affirmed.

## 2

A. W. CAMERON v. STATE. (No. 10114.) (Court of Criminal Appeals of Texas. April 14, 1926.) Commissioners' Decision. Appeal from District Court, Cameron County; A. W. Cunningham, Judge. V. W. Taylor, of Brownsville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BERRY, J. The offense is negligent homicide, and the punishment is a fine of $500. The state suggests that the statement of facts in this case was filed too late to be considered. Both the caption and the certificate of the district clerk to the transcript in the case shows that this case was tried at a special term of the district court of Cameron county, which convened on the 12th day of October and adjourned on the 25th day of October, 1925. There also appears in the transcript an order of the court granting 90 days from the adjournment of court within which to prepare and have approved and filed bills of exceptions and statement of facts. This order was made on the 31st day of October, 1925. The statement of facts was not filed in the district court of Cameron county until February 20, 1926. This was more than 90 days after the adjournment of the court, and more than 90 days after appellant's motion for a new trial was overruled, and the state's motion to not consider the statement of facts must therefore be granted. In the absence of a statement of facts, there is nothing presented in the record that calls for a reversal of the case. There are various objections to the charge of the court and a requested charge, which was refused, contained in the record; but, in view of the fact that there is no statement of facts before us, these do not present reversible error. Finding no error in the record as presented, the judgment of the trial court is in all things affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## 3

Alex FOLEY v. STATE. (No. 10047.) (Court of Criminal Appeals of Texas. March 24, 1926.) Appeal from District Court, Lavaca County; Lester Holt, Judge. Bagby & Kacir, of Hallettsville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for murder with punishment assessed at confinement in the penitentiary for 99 years. The record contains no statement of the facts proven on the trial, and no exceptions are brought forward, complaining of any proceeding during the trial. The charge of the court is applicable to a case provable under the indictment. It appears to have been amended to meet objections urged to it, and several special charges were given. The record does not suggest that appellant received other than a fair trial. The judgment is affirmed.

## 4

Carrie FREEMAN v. STATE. (No. 10115.) (Court of Criminal Appeals of Texas. April 14, 1926.) Appeal from District Court, Caldwell County; M. C. Jeffrey, Judge. C. J. Williamson, of Lockhart, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for aiding a prisoner to escape from the county jail; punishment being assessed at confinement in the penitentiary for a term of two years. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented to this court for review. The judgment is affirmed.

## 5

Marvin GIBSON v. STATE. (No. 9904.) (Court of Criminal Appeals of Texas. March 17, 1926.) Appeal from District Court, Cass County; Hugh Carney, Judge. Bartlett & Newland, of Linden, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Appellant entered a plea of guilty, and the lowest penalty was assessed. The record is before us without a statement of the facts. Nothing is brought forward for review by way of bill of exceptions. No fundamental error has been perceived. The judgment is affirmed.

## 6

Jess HAGINS v. STATE. (No. 10056.) (Court of Criminal Appeals of Texas. March 31, 1926.) Appeal from Collin County Court; T. C. Andrews, Special Judge. Moulden & Abernathy, of McKinney, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for wife desertion; punishment fixed at a fine of $200 and confinement in the county jail for a period of 30 days. The record is before us without statement of facts or bills of exception. The indictment appears regular. No fundamental

error has been pointed out or discovered. The judgment is affirmed.

---

**1**

Alvin IRELAND v. STATE.    (No. 9787.) (Court of Criminal Appeals of Texas.    March 10, 1926.)    Appeal from District Court, Archer County; H. R. Wilson, Judge.    Frank J. Ford, of Decatur, for appellant.    Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J.    Conviction is for robbery with firearms; punishment being assessed at 20 years' confinement in the penitentiary.    It is made to appear by affidavit of the sheriff of Archer county, Tex., that pending this appeal appellant escaped from the jail of said county on September 9, 1925, and remained at large until September 19, 1925, when he was recaptured by a posse in Wichita county, Tex., and returned and reincarcerated in the jail of Archer county.    Under these circumstances, the jurisdiction of this court no longer attaches (article 824, C. C. P. 1925 Revision), and the appeal is therefore ordered dismissed.

---

**2**

. O. H. KEEL v. STATE.    (No. 10090.) (Court of Criminal Appeals of Texas.    April 7, 1926.)    Appeal from District Court, Upshur County; J. R. Warren, Judge.    C. E. Florence, of Gilmer, for appellant.    Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J.    The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.    The record is before us without statement of facts or bills of exception.    The indictment appears regular.    No fundamental error has been perceived.    The judgment is affirmed.

---

**3**

Robert LESLIE v. STATE.    (No. 10065.) (Court of Criminal Appeals of Texas.    March 31, 1926.)    Appeal from District Court, Nacogdoches County; C. A. Hodges, Judge.    A. T. Russell, of Nacogdoches, for appellant.    Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J.    Conviction in district court of Nacogdoches county of theft from the person; punishment, two years in the penitentiary. The record is before us without any statement of facts or bills of exception.    The indictment in this case charges the offense in accordance with the statute, and the instructions given by the court are pertinent and present the law. No error appearing, the judgment will be affirmed.

MORROW, C. J., absent.

---

**4**

Robert McCARTY v. STATE.    (No. 9848.) (Court of Criminal Appeals of Texas.    April 14, 1926.)    Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge.    Harry

Myers and W. E. Myres, both of Fort Worth, for appellant.    Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J.    Appellant was convicted in the criminal district court of Tarrant county of murder, and his punishment fixed at 47 years in the penitentiary.    By proper affidavit, duly executed and filed in this court, it is made to appear that, pending this appeal, appellant has died.    The state's motion to dismiss the appeal is granted.

---

**5**

Bill MURRAY v. STATE.    (No. 10066.) (Court of Criminal Appeals of Texas.    March 31, 1926.)    Appeal from District Court, Nacogdoches County; C. A. Hodges, Judge.    C. C. Watson, of Nacogdoches, for appellant.    Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J.    The offense is the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.    The record is before us without statement of facts or bills of exception.    The indictment appears regular.    No fundamental error has been perceived.    The judgment is affirmed.

---

**6**